# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LARISHA GRANT, ) <br> ) <br> Defendant. ) | Criminal Action No. <br> 13-00031-02-CR-W-FJG |

## ORDER

On March 27, 2013, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Leslie Powers, Ph.D. It is the opinion of Dr. Powers that Defendant is competent to proceed. During the July 22, 2013, competency hearing, United States Magistrate Judge Robert E. Larsen took judicial notice of Dr. Powers' report. Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is competent.


Date: July 25, 2013　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　Chief United States District Judge